IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TINA MARIE PAYNE,<br><br>              Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>              Defendant. | CV 16-147-BLG-TJC<br><br>**ORDER** |

Before the Court is Defendant's Unopposed Motion to Amend the Briefing Schedule (Doc. 13), seeking to extend the deadline for Defendant to file her response brief to and including November 30, 2017. That motion being unopposed and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Defendant shall file her response brief on or before November 30, 2017. The subsequent briefing schedule shall proceed from the date Defendant's response brief is filed according to all applicable rules of Court.

DATED this 26th day of October, 2017.

                                                        _____
                                                        TIMOTHY J. CAVAN
                                                        United States Magistrate Judge