UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TINA MARIE PAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CV-16-147-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings consistent with this opinion.

  Dated this 11th day of June, 2018.

          TYLER P. GILMAN, CLERK

          By: /s/ Judith Rhoades
          Judith Rhoades, Deputy Clerk